[No. 72367-7-I.   Division One.   December 15, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE DARNELL BLAKENEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03948-0, Kathryn J. Nelson, J., entered August 16, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Leach, JJ.